
20210304131545

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: SUMMONS AND COMPLAINT, PRAYER FOR RELIEF, NOTICE OF RIGHT TO CONSENT TO THE EXERCISE OF CIVIL JURISDICTION BY A MAGISTRATE JUDGE
EFFECTED (1) BY ME: JANE NUNN
TITLE: PROCESS SERVER

DATE: 3/5/2021 2:33:08 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

NOVARTIS PHARMACEUTICALS CORPORATION, C/O CORPORATION SERVICE COMPANY

Place where served:

PRINCETON SOUTH CORPORATE CENTER 100 CHARLES EWING BLVD, STE 160 EWING NJ 08628

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOHNNIE MYERS

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: M   AGE: 21-35   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: BLACK   HAIR: BALD   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____        SERVICES $ _____ . _____        TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 3/8/2021        M. Jane Nunn L.S.

SIGNATURE OF JANE NUNN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: RAYMOND C. SILVERMAN, ESQ.
PLAINTIFF: ROBIN DAVIS
DEFENDANT: NOVARTIS PHARMACEUTICALS CORPORATION
VENUE: DISTRICT
DOCKET: 1 20 CV 01127 CCE JEP
COMMENT:

[Notary seal: KIMBERLY GROTE, NOTARY PUBLIC, NEW JERSEY, My Commission Expires December 18, 2023]