# *UNITED STATES DISTRICT COURT*

## MIDDLE DISTRICT OF NORTH CAROLINA

Robin Davis

     v.                                      Case Number: 1:20CV01127

Novartis Pharmaceuticals Corporation

# N O T I C E

**Take notice** that a proceeding in this case has been set/re**set** as indicated below:

|  |  |
|---|---|
| **PLACE:** | **Hiram H. Ward Bldg.** |
| | **251 N. Main St., Winston-Salem, NC** |
| **COURTROOM NO.:** | **3** |
| **DATE AND TIME:** | **May 20, 2021 at 9:30 a.m.** |
| **PROCEEDING:** | **Initial Pretrial Conference** |

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 days before the scheduled initial pretrial conference and submit to the court their report including the new L.R. 5.4 & 5.5 within 10 days thereafter.** The scheduled initial pretrial conference is automatically canceled upon the submission to the court of the Joint Rule 26(f) Report (LR 16.2). **<u>If parties are unable to reach agreement on a discovery plan and therefore submit separate Rule 26(f) Reports (LR 16.3), they shall appear for the scheduled initial pretrial conference.</u>**

---

John S. Brubaker, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date:   March 30, 2021

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD